**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY PEARCE, f/k/a LACY SPAIN, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation; HELENA MERCER, an individual; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:20-cv-03543 FMO (GJSx)<br><br>(Honorable Fernando M. Olguin, Crtrm:  6D - First Street Courthouse)<br><br>**ORDER ON STIPULATION [22] RE PAYMENT OF PLAN BENEFITS AND DISMISSAL OF ACTION**<br><br>Complaint Filed:   April 16, 2020 |

1031029\306125095.v1

# ORDER

Pursuant to the parties' notice of settlement and request for stay (Docket #18), and for good cause appearing, **IT IS HEREBY ORDERED**:

1. Lacy Pearce ("Pearce") and Robert Mercer III are the proper recipients of the life insurance and accidental death and dismemberment ("AD&D") insurance benefits payable under the terms of the Costco Wholesale Corporation ("Costco") employee welfare benefit plan (the "Plan") and the group insurance policies that fund those benefits (the "Policies");

2. Unum Life Insurance Company of America ("Unum") shall pay the above referenced benefits, totaling Four Hundred Twenty-Two Thousand Dollars ($422,000.00) (the "Death Benefits"), in the amounts set forth in the confidential settlement and release agreement entered between Pearce, Unum and Robert Mercer III (through his mother, Daysha Shunn) ("the "Settlement Agreement");

3. The portion of the Death Benefits payable to Robert Mercer III shall be deposited into the California Uniform Transfers to Minors Act account at Wells Fargo Bank which has been established for his benefit, with his mother (Daysha Shunn) serving as the Custodian of the account;

4. Unum, the Plan, Costco and Pearce are hereby discharged of all liability with respect to the Policies, the Plan and all benefits due thereunder as a result of Decedent's death, and;

5. The action is hereby dismissed, with prejudice, as to Defendants Unum and Helena Mercer, with each party responsible for her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: July 14, 2020

/s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge

1

1031029\306125095.v1